IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

CONSTANCE DANIELS,

CASE NO. 18-CA-005749

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.

    Defendant.
_____/

### DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

1. My name is Debra Topping. I am over eighteen years of age, and am competent to testify herein. I have personal knowledge of the matters stated in this Declaration.

2. I am a paralegal with the law firm of Quarles & Brady LLP, which represents Defendant Select Portfolio Servicing, Inc. ("SPS") in the above-titled matter.

3. Attached hereto as **Exhibit 1** is the Florida Department of State Division of Corporations Inquiry stating that SPS is a foreign entity whose domicile is in Utah. The document is available at: http://dos.myflorida.com/sunbiz/search/.

4. Attached hereto as **Exhibit 2** is the Utah Division of Corporations Business Search result showing that SPS is a Utah domestic corporation whose state of origin is Utah. The document is available at https://secure.utah.gov/bes/.

5. The above documents demonstrate that SPS's principal place of business is not located in Florida.

6. I declare this under the penalty of perjury that the foregoing is true and correct. Dated this 9th day of July, 2018.

*Debra Topping*
Debra Topping

QB\53024175.1


EXHIBIT A

STATE OF   FLORIDA     )
                       :
COUNTY OF COLLIER      )

    BEFORE ME, the undersigned authority, personally appeared Debra Topping as Paralegal of Quarles & Brady LLP,  __X__  who is personally known to me OR produced _____ as identification, and, who after being duly sworn, deposes and says that (s)he has read the foregoing Declaration, and (s)he duly acknowledges and swears or affirms before me that said Declaration is true and correct to the best of his/her knowledge and belief.

    WITNESS my hand and seal this 9th day of July, 2018.

[Notary seal: KERLYNE S. LUC / MY COMMISSION # GG 015360 / EXPIRES: August 20, 2020 / Bonded Thru Notary Public Underwriters]

NOTARY PUBLIC
Printed Name: Kerlyne S. Luc
My Commission Number:
My Commission Expires:

2

Florida Department of State                                           DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Foreign Profit Corporation
SELECT PORTFOLIO SERVICING, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | F97000001363 |
| **FEI/EIN Number** | 87-0465626 |
| **Date Filed** | 03/17/1997 |
| **State** | UT |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 07/01/2004 |
| **Event Effective Date** | NONE |

### Principal Address

3217 S Decker Lake Drive
ATTN: COMPLIANCE DEPT
SAL LAKE CITY, UT 84119

Changed: 04/18/2016

### Mailing Address

3217 S Decker Lake Drive
ATTN: COMPLIANCE DEPT
SAL LAKE CITY, UT 84119

Changed: 04/18/2016

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Name Changed: 05/20/1998

Address Changed: 05/20/1998

### Officer/Director Detail

**Name & Address**

Title P/D

O'BRIEN, TIMOTHY J

EXHIBIT "1"

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=Entity...   7/3/2018

3217 S Decker Lake Drive
SALT LAKE CITY, UT 84119

Title CFOT, Director

CROWLEY, JUSTIN
3217 S Decker Lake Drive
SALT LAKE CITY, UT 84119

Title S GC

MILLER, JASON H
3217 S Decker Lake Drive
SALT LAKE CITY, UT 84119

Title D

REMMERT, JR., PATRICK A
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 04/18/2016 |
| 2017 | 01/10/2017 |
| 2018 | 01/13/2018 |

Document Images

| Document | |
|---|---|
| 01/13/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2005 -- ANNUAL REPORT | View image in PDF format |
| 07/01/2004 -- Name Change | View image in PDF format |
| 01/23/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2000 -- ANNUAL REPORT | View image in PDF format |
| 03/22/1999 -- ANNUAL REPORT | View image in PDF format |
| 07/22/1998 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 05/20/1998 -- Reg. Agent Change | View image in PDF format |
| 07/03/1997 -- ADDRESS CHANGE | View image in PDF format |

Florida Department of State, Division of Corporations

# SELECT PORTFOLIO SERVICING, INC.

[Update this Business]

**Entity Number:** 1026229-0142
**Company Type:** Corporation - Domestic - Profit
**Address:** 3217 S DECKER LAKE DR SALT LAKE CITY, UT 84119
**State of Origin:** UT
**Registered Agent:** JASON H MILLER
**Registered Agent Address:**
3217 S DECKER LAKE DR
SALT LAKE CITY, UT 84119

[View Management Team]

Status: Active

[Purchase Certificate of Existence]

**Status:** Active  as of 09/20/2001
**Renew By:** 02/28/2019
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

[View Filed Documents]

**Registration Date:** 02/24/1989
**Last Renewed:** 01/02/2018

Additional Information

**NAICS Code:** 5614 **NAICS Title:** 5614-Business Support Services

Former Business Names

SELECT PORTFOLIO SERVICING, INC.
FAIRBANKS CAPITAL CORP.
FAIRBANKS CAPITAL CORP.

<< Back to Search Results

Search by: [Business Name] [Number] [Executive Name] [Search Hints]

Business Name:

EXHIBIT "2"