IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL ACTION

CONSTANCE DANIELS,
    Plaintiff,
vs.

CASE NO.: 18-CA-5749

DIV G

SELECT PORTFOLIO SERVICING, INC.,
    Defendant.
_____/

TO:   **SELECT PORTFOLIO SERVICING, INC.**
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

**SUMMONS**
**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Benjamin Hillard, Esq.**
**CASTLE LAW GROUP, P.A.**
13143 66th Street
Largo, Florida 33773
Telephone: (727) 536-8882
Facsimile: (727) 536-7739

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on   06/18/2018  , 2018.

(SEAL)

CLERK OF THE COURT

By *Lisa Mangual*
Deputy Clerk

**EXHIBIT**
Composite
B