# EXHIBIT B

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
# IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
# CIRCUIT CIVIL DIVISION

**WELLS FARGO BANK, N.A**  
**Plaintiff**

Case No: 10-CA-013411

VS.

Division: M

CONSTANCE DANIELS ; BLOOMINGDALE HOA INC  
**Defendant**

## ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE LOAN MODIFICATION AGREEMENT

THIS CAUSE came before the Court on July 20, 2015 for an evidentiary hearing on Defendant Constance Daniels' Motion to Enforce Loan Modification Agreement, and the Court having heard testimony of the parties and their witnesses, argument of counsel, and being otherwise fully informed in the premises, finds as follows:

1. On March 23, 2015 a hearing was held by this Court on Defendant's Motion to Enforce Settlement Agreement or for Summary Judgment. On April 30, 2015 this Court entered an order denying Defendant's motion to enforce the settlement agreement based upon a factual dispute between the parties over whether an enforceable contract exists and, if so, whether there was a breach of said contract by Defendant's failure to make the payments required under the terms of the contract. At the March 23rd hearing, the parties agreed to a resolution of the issue by the Court at an evidentiary hearing to be held on July 20, 2015.

2. The Court finds, based upon the evidence presented, that the parties entered into an agreement for modification of the loan agreement, that payments were made by Defendant according to the terms of the modification agreement, and that Defendant is entitled to enforce the contract.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's Motion to Enforce Loan Modification Agreement is GRANTED.

Done and Ordered in Hillsborough County, Florida this 27th day of December, 2015.

ELECTRONICALLY CONFORMED  
12/27/2015

Sandra Taylor, Judge

Copies Furnished To:

**Plaintiff**  
WELLS FARGO BANK, N.A  
C/O CORPORATION SERVICE CO, R.A.  
503 S PIERRE ST  
PIERRE, SD 57501

Attorney: CHRISTOPHER CARROLL OBRIEN  
485 N KELLER RD STE 401  
MAITLAND, FL 32751

**Defendant**  
Attorney: LINDA COURTNEY CLARK  
LINDA C CLARK P A  
12233 N FLORIDA AVE STE 201  
TAMPA, FL 33612

CONSTANCE DANIELS  
3927 DUNAIRE LN  
VALRICO, FL 33596

BLOOMINGDALE HOA INC
C/O GEORGE MAY IV, RA
3509 BELL SHOALS RD
VALRICO, FL 33596

Attorney: ALEXANDER REED ALLRED
13143 66TH ST
LARGO, FL 33773