# EXHIBIT C

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

WELLS FARGO BANK, N.A. ON BEHALF OF THE CERTIFICATEHOLDERS PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1,

CASE NO: 2010-CA-013411

    Plaintiff

v.

CONSTANCE DANIELS; ET. AL.,

    Defendant(s),
_____/

## ORDER ON DEFENDANT'S MOTION FOR CLARIFICATION AND FOR SANCTIONS, DEFENDANT'S MOTION FOR ATTORNEYS' FEES, AND PLAINTIFF'S MOTION TO DEPOSIT FUNDS IN THE COURT REGISTRY

THIS CAUSE having come before the Court on Defendant's Motion for Clarification and for Sanctions, Defendant's Motion for Attorneys' Fees, and Plaintiff's Motion to Deposit Funds in the Court Registry heard on March 28, 2016, and the Court being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Plaintiff, as a sanction, shall waive interest on the Loan Modification, enforced in this Court's Order dated December 27, 2015, from August 1, 2010 through December 27, 2015.

2. Plaintiff, as a sanction, will pay the Defendant's Attorneys' Fees in bringing the Motion to Enforce Loan Modification, filed on November 12, 2014, said amount to be determined at a later date.

3. The Defendant shall begin making payments pursuant to the Loan Modification Agreement on April 27, 2016, which will be for the May 1, 2016 payment. The Defendant's new payments will be calculated by Plaintiff pursuant to the interest rates set forth in the Loan Modification Agreement, which were scheduled to change each year. In addition, the interest

due from payments for the period of January 1, 2016 through April 1, 2016 will be added to the end of the Loan Modification Agreement as well as the principal and escrow payments for the period of August 1, 2010 through April 1, 2016.

    4. The Court reserves as to Defendant's entitlement to Attorneys' Fees

    5. The Defendant's Motion for Attorneys' Fees shall be reset by the Defendant at such time the Court determines appropriate.

    DONE AND ORDERED in Hillsborough County, Florida this _____, 2016.

_____
Circuit Court

ORIGINAL SIGNED
APR 2 3 2016
SANDRA TAYLOR
SENIOR CIRCUIT JUDGE

Copies:

TERIS A BEST
PEARSON BITMAN, LLP
485 N. KELLER ROAD, SUITE 401
MAITLAND, FL 32751
TBEST@PEARSONBITMAN.COM
JNOVAIS@PEARSONBITMAN.COM
*Counsel for Plaintiff*

ALEX ALLRED
CASTLE LAW GROUP, P.A.
13143 66TH STREET NORTH
LARGO, FL 33773
BENHILLARDESQUIRE@GMAIL.COM
ESERVICECASTLE@GMAIL.COM
*Counsel for Defendant Constance Daniels*

COLLEEN M. DAVIS
ASSISTANT UNITED STATES ATTORNEY
400 NORTH TAMPA STREET, SUITE 3200
TAMPA, FL 33602
USAFLM.STATE.FORECLOSURES@USDOJ.GOV
*Counsel for Counsel for Defendant, USA-Department of Treasury*