# EXHIBIT F

**SPS | SELECT Portfolio SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Constance Daniels

31750

**Mortgage Statement**
Statement Date: 12/15/2016
Page 1 of 3

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 12/01/2016 [4] |
| Payment Due Date | 01/01/2017 |
| Amount Due | $2,447.79 |

*If payment is received after 01/16/2017, $30.15 late fee will be charged.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal [1] | $273,170.92 |
| Interest Rate (Until April 2017) | 5.875% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $929.77 |
| Escrow (Taxes and Insurance) | $909.01 |
| Regular Monthly Payment | $1,838.78 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $1,838.78 |
| Unapplied Payment(s) [3] | $1,229.77 |
| **Total Amount Due** | **$2,447.79** |

### Transaction Activity (11/15/2016 to 12/15/2016)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 11/15 | BEG BALANCE | 356,121.53 | 7,438.16 | 852.34 | 0.00 | (58,883.49) | 0.00 | 355,538.54 |
| 11/15 | NON-CSH BAL ADJ | (82,950.61) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (82,950.61) |
| 11/22 | SHORT PAYMENT | 0.00 | (929.77) | 2,469.95 | 0.00 | 7,653.72 | 0.00 | 9,193.90 |
| 11/22 | PAYMENT | 0.00 | (929.77) | (909.01) | 0.00 | 0.00 | 0.00 | (1,838.78) |
| 11/22 | PAYMENT | 0.00 | (929.77) | (909.01) | 0.00 | 0.00 | 0.00 | (1,838.78) |
| 11/22 | PAYMENT | 0.00 | (929.77) | (909.01) | 0.00 | 0.00 | 0.00 | (1,838.78) |

Continued On Next Page

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $-132,183.77 |
| Interest | $6,508.39 | $65,778.42 |
| Escrow (Taxes and Insurance) | $2,375.10 | $2,375.10 |
| Fees and Other Charges | $0.00 | $2,880.20 |
| Partial Payment (Unapplied) | $-7,653.72 | |
| Total | $1,229.77 | $-61,150.05 |
| Total Unapplied Balance | $1,229.77 [3] | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

[4] Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

### Amount Due

| | |
|---|---|
| Borrower Name(s) | Constance Daniels 3927 Dunaire Dr |
| Account Number | |
| Due By 01/01/2017: | $2,447.79 |

*$30.15 late fee will be charged after 01/16/2017*

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

## IMPORTANT INFORMATION

### Important Mailing Addresses (Please include your account number on all correspondence)

| Regular Payments | Overnight/Express Payments | Notice of Error or Information Request or Qualified Written Request | General Correspondence | Check by Phone | Bankruptcy Correspondence & Notices must be sent to: |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165 | Select Portfolio Servicing, Inc Attn: Cashiering Dept. 3217 S. Decker Lake Dr. Salt Lake City, UT 84119 | Select Portfolio Servicing, Inc. P.O. Box 65277 Salt Lake City, UT 84165 Fax: (801) 270-7856 | Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165 | (800) 258-8602 Option 1 | Select Portfolio Servicing, Inc. Attn: Bankruptcy Dept. P.O. Box 65250 Salt Lake City, UT 84165 |

**PAYMENT INSTRUCTIONS** Paying your mortgage on time is an important obligation, so please pay on or before the payment due date. Payments are not considered paid until received and posted to your account. Please include the late charge in any payment made after the late payment due date noted on your statement. Postal delays do not result in a waiver of late charges, so please allow adequate time for mail service. If you don't pay on or before 3 p.m. MT on the payment due date, your loan will be considered delinquent. (NOTE: If you are currently sending all or part of your payment to the bankruptcy trustee, please disregard the Select Portfolio Servicing, Inc. payment address for that portion you are sending to the trustee.) We do not accept payments in cash.

**APPLICATION OF PAYMENTS** If you are current in making your payments, we will apply payments according to your Note. If you are delinquent, we apply payments to the oldest outstanding payments that are due under your Note.

**LOAN REPRESENTATIVES** If you would like to speak to someone about making a payment or payment arrangements, please call one of our loan representatives at (800) 258-8602 (Monday - Thursday, 8 a.m. - 11 p.m. ET; Friday, 8 a.m. - 9 p.m., ET; Saturday, 8 a.m. - 2 p.m. ET).

**AUTOMATED CONVERSION OF YOUR CHECKS TO ACH DEBIT ENTRIES AND RETURNED CHECKS OR DEBITS** When you provide us a check, you authorize us to use the information from your check to make a one time Electronic Funds Transfer from your bank account. When we use your check to make an Electronic Funds Transfer, funds may be withdrawn from your account quickly, as soon as the day we receive your check. You will not receive your check back from your financial institution. If there are insufficient funds in your account we will reverse the amount of any such returned payment that we had credited to your mortgage. You authorize us to charge you a fee of up to twenty-five dollars ($25.00) as allowable by state law, and collect that amount from an Electronic Funds Transfer from your bank account.

**CREDIT REPORTING** SPS furnishes information to consumer reporting agencies. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your Note and Mortgage. If you believe such information is inaccurate, you may call Customer Service at (800) 258-8602, submit a written Notice of Error to the P.O. Box listed above, or submit a dispute with the consumer reporting agency.

**NOTICE OF ERROR OR INFORMATION REQUEST OR QUALIFIED WRITTEN REQUEST** If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent to the address listed above in the important mailing addresses section, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal Law.

**HUD APPROVED HOUSING COUNSELORS** The US Department of Housing and Urban Development (HUD) sponsors approved housing counseling agencies that provide free counseling services to citizens. Counselors can help you assess your financial situation and determine what options are available to you. To find a HUD approved counselor near you, call (800) 569-4287 or visit the HUD website at www.hud.gov/local/index.cfm   You may also be eligible for assistance from the Homeownership Preservation Foundation, which you may reach at (888) 995-HOPE (4673). SPS also works with housing counselors through Hope LoanPort® (www.hopeloanportal.org), and with customers through Homeowner ConnectTM (www.homeownerconnect.org).

**LOAN PAYOFFS** Payoff information may be requested verbally by calling the Customer Service toll free number printed on this statement, by faxing your requests to (801) 269-4269 or by mailing your request to: P.O. Box 65250, Salt Lake City, UT 84165-0250. If you do not receive your payoff quote within 5 business days of placing your request, please call our Customer Service Department.

**HOME OWNER INSURANCE** You are required to maintain Homeowners Insurance (and if required, Flood Insurance), at all times during the term of your Mortgage and provide or ask your insurance agent each year to provide us copies of all renewal policies and invoices to the address shown below at least (30) days before the date your existing policy expires. It is important for you to remember that if we do not receive a copy of your renewal or replacement policy, SPS may obtain coverage to protect its interest in the property. The coverage provided for this insurance may be different and more expensive than your expired coverage. We will only do this after we have notified you of your failure to maintain coverage. It is possible we may obtain certain benefits from this insurance placement coverage.

All Insurance Information (including your account number) should be mailed or faxed to:
Insurance Service Center: PO Box 7277, Springfield, OH 45501 Fax (866) 801-8177.

**REAL ESTATE TAX** If you have established an escrow account with us for taxes, you should keep copies of any tax bills you receive for your personal records. We have engaged a Tax Service to receive your tax bills, and we will pay taxes out of your escrow account to the extent there are sufficient balances in your escrow account. If you receive any special assessment bills, you should send them to our Tax Service Center address shown below. Special bills include:
- An area defined as a "Homeowner Area" where your local tax office will not send us the tax bill
- Any special assessments on your property in addition to your regular Real-Estate tax bills
- Any adjustments to your tax bills

Tax Service Center: PO Box 3541, Covina, CA 91722

**SPS CONSUMER OMBUDSMAN SERVICES** If you have an unresolved issue with SPS, and you have exhausted other customer service options, please contact our Consumer Ombudsman Department at (866) 662-0035 or through other methods found on www.spservicing.com.

### COMMON ABBREVIATIONS

| COMMON ABBREVIATIONS | |
|---|---|
| INT | Interest |
| FC or F/C | Foreclosure |
| BK | Bankruptcy |
| BPO | Broker Price Opinion |
| MISC DISB | Disbursement from escrow account for other than escrow item (E.g.:Analysis Refund, Payoff Refund) |

This common abbreviations table does not contain all abbreviations that may appear in the "Activity this Period" section. For more information please refer to the Fee Schedule and Description document located at www.spservicing.com.

### SPECIAL REQUEST AND ADDITIONAL FEES

| Check by Phone or Website (EZPay) | Up to $15.00 |
|---|---|
| Returned Check Fee | Up to $25.00 |
| Express Mail Fee | Actual Charge Incurred |

This fee schedule does not contain all fees that may be charged for services rendered. The actual fee charged to a particular customer may be different based upon certain requirements under state law, agency guidelines (e.g., FHA, VA) or other relevant criteria.

---

HAS YOUR ADDRESS CHANGED? IF SO, PLEASE COMPLETE THIS FORM

Mailing Address _____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____
All Borrower's Signature Required For Address Change

_____   _____
Borrower's Signature                              Co-Borrower's Signature

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date: 12/15/2016
Page 3 of 3

Account Number ▮▮▮▮7126

### Transaction Activity continued from Page 1 (11/15/2016 to 12/15/2016)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 11/22 | PAYMENT | 0.00 | (929.77) | (909.01) | 0.00 | 0.00 | 0.00 | (1,838.78) |
| 11/22 | PAYMENT | 0.00 | (929.77) | (909.01) | 0.00 | 0.00 | 0.00 | (1,838.78) |
| 11/22 | SHORT PAYMENT | 0.00 | (929.77) | (300.00) | 0.00 | 1,229.77 | 0.00 | 0.00 |
| 12/05 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,229.77) | 0.00 | (1,229.77) |
| 12/15 | ENDING BALANCE | $273,170.93 | $929.77 | ($1,512.76) | $0.00 | ($1,229.77) | $0.00 | $271,358.15 |

### Important Messages

Per IRS regulations all 2016 year end statements will be mailed no later than February 1, 2017. Year end information will be available via our automated voice response system on January 2, 2017. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2017.

31780