# COMPOSITE EXHIBIT G

**SPS | SELECT Portfolio SERVICING, Inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 01/13/2017
Page 1 of 5

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday  8:00AM - 9:00PM ET
Saturday  8:00AM - 2:00PM ET

For other important information, see reverse side

Constance Daniels
11064

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 12/01/2016 |
| Payment Due Date | 02/01/2017 |
| Amount Due | $3,203.19 |

If payment is received after 02/16/2017, $30.15 late fee will be charged.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $929.77 |
| Escrow (Taxes and Insurance) | $1,055.40 |
| Regular Monthly Payment | $1,985.17 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $3,677.56 |
| Unapplied Payment(s) | -$2,459.54 |
| Total Amount Due | $3,203.19 |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal | $273,170.92 |
| Interest Rate (Until April 2017) | 5.875% |
| Prepayment Penalty | No |

### Transaction Activity (12/16/2016 to 01/13/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 12/16 | BEG BALANCE | $273,170.92 | $1,529.54 | ($1,912.76) | $0.00 | ($1,229.77) | $0.00 | $272,227.93 |
| 12/20 | FLOOD INS | 0.00 | 0.00 | 2,219.00 | 0.00 | 0.00 | 0.00 | 2,219.00 |
| 01/04 | PAYMENT | 0.00 | 0.00 | -8.20 | 0.00 | (1,229.77) | 0.00 | (1,229.77) |
| 01/09 | HAZARD INS | 0.00 | 0.00 | 6,052.08 | 0.00 | 0.00 | 0.00 | 6,052.08 |
| 01/13 | ENDING BALANCE | $273,170.92 | $1,529.54 | $5,770.74 | $0.00 | ($2,429.54) | $0.00 | $279,341.19 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,229.77 | |
| Total | $1,229.77 | $0.00 |
| Total Unapplied Balance | $2,459.54 | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.
[2] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

Make checks payable to: Select Portfolio Servicing

| Amount Due | |
|---|---|
| Borrower Name(s) | Constance Daniels |
| | 3927 Dunaire Dr |
| Account Number | |
| Due By 02/01/2017: | $3,203.19 |
| $30.15 late fee will be charged after 02/16/2017 | |

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

**SPS** | SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date: 01/13/2017
Page 3 of 5

Account Number ███████7126

**Important Messages**

◄ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2016 year end statements will be mailed no later than February 1, 2017. Year end information will be available via our automated voice response system on January 2, 2017. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2017.

11064

| FACTS | WHAT DOES SELECT PORTFOLIO SERVICING, INC. DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and payment history<br>• credit history and credit scores |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Select Portfolio Servicing, Inc. ("SPS") chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does SPS share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes (but only through joint marketing agreements) | Yes |

| To limit our sharing | • Mail the form below<br><br>Please note:<br><br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call (800) 258-8602 |

REV 05/2010

Select Portfolio Servicing, Inc.
P.O. Box 65769
Salt Lake City, UT 84165-0769

Loan Number: ▓▓▓▓7126

Constance Daniels

**Mail-in Form**

Mark any/all that you want to limit:
☐ Do not share my personal information with other institutions to jointly market to me.
☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.
☐ Do not allow your affiliates to use my personal information to market to me.
☐ Do not share my personal information with nonaffiliates to market their products and services to me.

# FEE SCHEDULE

The following is a list of fees and charges that, subject to applicable law, or the documents evidencing your loan, may be imposed in connection with the servicing of your loan. Please note that the fees listed below are subject to change from time to time.

| Fee | Amount | Description |
|---|---|---|
| Late Fee | Refer to loan documents | Fee charged for failure to make a regular monthly payment on time. State law may dictate the fee amount. |
| NSF or Dishonored Check Fee | Up to $25.00 | Fee charged when a payment by check is returned as not paid by your bank because of insufficient funds in the checking account. |
| Interest on Advance | Generally, calculated at the interest rate under the note. | Interest that we may be permitted to charge under the loan documents for amounts that we may be required to pay on your behalf, for example, taxes, insurance and foreclosure-related costs and expenses. |
| Prepayment Fee | Please refer to loan documents | Your loan documents may require you to pay an additional fee if you pay off your loan early. |
| Property Inspection | $9.60 - $19.99 | Fee charged if you are in default and we can not make contact with you to determine the condition of the property. |
| Broker Price Opinion (BPO) | $89.00 - $195.00 | Fee charged for determining the value and condition of the property when loan payments are past due. |
| Appraisal Fees | $195.00 - $450.00 | Fee charged for appraisal used to determine the value and condition of the property. |
| Recording Fee | Based on county/town schedule | Fee charged by the relevant county/town for recording the release/satisfaction. |
| Release Fee | Up to $45.00 | Fee paid to a third party charged at payoff for preparing the release of mortgage. |
| Foreclosure Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with protection of collateral. Foreclosure attorney fees and costs will vary by filing type and are limited to the actual fees and costs. |
| Bankruptcy Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with preserving obligation. Bankruptcy attorney fees and costs will vary by bankruptcy Chapter type and are limited to actual fees and costs. |
| Property Preservation Costs | This fee will vary | Fees required to preserve the property. Will vary according to each situation and required expenses. |

The fees shown below will be imposed for services that you request. You will be asked to agree to pay these charges at the time you request the service.

| Fee | Amount | Description |
|---|---|---|
| Check by Phone | Up to $15.00 | Fee charged for making a payment by phone or internet. (Also known as EZ Pay) |
| Express Mail Fee | Actual Charge Incurred | Actual charge from delivery service provider (such as UPS or FedEx) for expedited delivery of documents. |

This Fee Schedule does not contain all fees that may be charged for services rendered. Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform services related to your loan account and that Select Portfolio Servicing, Inc. and/or the affiliated company may receive financial benefit as a result of such relationship.

# HOW TO READ YOUR MONTHLY STATEMENT

Your billing statement is designed to provide you with all the information you need to track account activity such as payments made or fees or expenses that we may pay on your behalf. It also contains important messages that are tailored to the way you pay your account.

Please make certain that your name and address are shown correctly on the statement. You may call us at 1-800-258-8602 for questions about your account.

**1 Statement Date:** Your statement reflects all account activity as of this date. Transactions made after this date will appear on your next statement.

**2 Account Information**
**Loan Due Date:** If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.
**Payment Due Date:** The date your payment is due.
**Amount Due:** This is the total amount you owe as of the statement date.

**3 Explanation of Amount Due**
**Regular Monthly Payment:** This is the amount due for the current month. If this amount is different than the Total Amount Due, then you are either past due or have unpaid late fees or other charges and fees.
**Unpaid Late Charges:** If you paid after the Late Payment Due Date, you were charged a Late Payment.
**Other Charges and Fees:** This amount includes return check fees, accrued interest on advances, and other items identified in the transaction activity as expenses paid by servicer that we have made on your behalf. These are amounts you owe in addition to the Regular Monthly Payment and even though this amount is not required to bring your account current, it would be included in a payoff total.
**Unapplied Payment(s):** If you are behind in your payments, partial payments or overpayments are treated as unapplied funds and held separately in your account until we receive enough for a full regular payment of principal & Interest, at which time we will credit your account for the full payment of principal and interest.
**Total Amount Due:** This is the total amount you owe as of the statement date.

**4 Transaction Activity:** This section shows the beginning balance and the ending balance for each category listed, as well as all activity in your account during the statement period.

**5 Delinquency Notice:** This section will only appear if your loan is delinquent. It includes recent account history and important information about the status of your loan.

**6 Important Messages:** This section includes messages that address your payment status, as well as other messages to help you understand your statement.

**7 Monthly Payment Coupon:** This is the most important part of the statement. It shows the total amount due and the due date.

**8 Late Payment Due Date:** The date a late charge will be assessed if your payment has not been received.

**9 Total Amount Enclosed:** This is the amount you are sending us this month.



We hope you find the information in this summary helpful. You can find more information including Frequently Asked Questions on our website, www.spservicing.com, or you may call a Customer Service Account Representative at 1-800-258-8602.

In accordance with Federal Law you will find the address for the submission of Notices of Error, Information Requests, or Qualified Written Requests on the back of your monthly statements.

**SPS** SELECT Portfolio SERVICING, inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 www.spservicing.com

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Constance Daniels

14570

Mortgage Statement
Statement Date: 02/15/2017
Page 1 of 3

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 12/01/2016 [4] |
| Payment Due Date | 03/01/2017 |
| Amount Due | $3,958.59 |

*If payment is received after 03/16/2017, $30.15 late fee will be charged.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal [1] | $273,170.92 |
| Interest Rate (Until April 2017) | 5.875% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | | |
|---|---|---|
| Principal | | $0.00 |
| Interest | | $929.77 |
| Escrow (Taxes and Insurance) | | $1,055.40 |
| Regular Monthly Payment | | $1,985.17 |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $0.00 |
| Charges / Fees this Period | $0.00 | |
| Past Due Payment(s) | | $5,662.73 |
| Unapplied Payment(s) [3] | | $3,689.31 |
| **Total Amount Due** | | **$3,958.59** |

### Transaction Activity (01/14/2017 to 02/15/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 01/14 | BEG BALANCE | $273,170.92 | $2,789.31 | $6,770.24 | $0.00 | ($2,459.54) | $0.00 | $280,270.93 |
| 01/30 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,229.77) | 0.00 | (1,229.77) |
| 02/15 | ENDING BALANCE | $273,170.92 | $2,789.31 | $6,770.24 | $0.00 | ($3,689.31) | $0.00 | $279,041.16 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,229.77 | |
| Total | $1,229.77 | $0.00 |
| Total Unapplied Balance | $3,689.31 [3] | |

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

As of February 15, you are 76 days delinquent on your mortgage loan.
* Payment due 02/2017: Unpaid payment of $1,985.17.
* Payment due 01/2017: Unpaid payment of $1,838.78.
* Payment due 12/2016: Unpaid payment of $1,838.78.
* Payment due 11/2016: Fully paid on 11/08/2016.
* Payment due 10/2016: Fully paid on 10/26/2016.
* Payment due 09/2016: Fully paid on 10/26/2016.

Total: $3,958.59 due. You must pay this amount to bring your loan current.

SPS has completed the first notice or filing required to start a foreclosure.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Amount Due | |
|---|---|
| Borrower Name(s) | Constance Daniels |
| | 3927 Dunaire Dr |
| Account Number | |
| Due By 03/01/2017: | $3,958.59 |
| *$30.15 late fee will be charged after 03/16/2017* | |

Make checks payable to: Select Portfolio Servicing

| | | |
|---|---|---|
| Monthly Payment | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Fees | $ | . |
| Other (Please Specify) | $ · | . |
| | | |
| Total Amount Enclosed | $ | . |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

# IMPORTANT INFORMATION

## Important Mailing Addresses (Please include your account number on all correspondence)

| Regular Payments | Overnight/Express Payments | Notice of Error or Information Request or Qualified Written Request | General Correspondence | Check by Phone | Bankruptcy Correspondence & Notices must be sent to: |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165 | Select Portfolio Servicing, Inc Attn: Cashiering Dept. 3217 S. Decker Lake Dr. Salt Lake City, UT 84119 | Select Portfolio Servicing, Inc. P.O. Box 65277 Salt Lake City, UT 84165 Fax: (801) 270-7856 | Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165 | (800) 258-8502 Option 1 | Select Portfolio Servicing, Inc. Attn: Bankruptcy Dept. P.O. Box 65250 Salt Lake City, UT 84165 |

**PAYMENT INSTRUCTIONS** Paying your mortgage on time is an important obligation, so please pay on or before the payment due date. Payments are not considered paid until received and posted to your account. Please include the late charge in any payment made after the late payment due date noted on your statement. Postal delays do not result in a waiver of late charges, so please allow adequate time for mail service. If you don't pay on or before 3 p.m. MT on the payment due date, your loan will be considered delinquent. (NOTE: If you are currently sending all or part of your payment to the bankruptcy trustee, please disregard the Select Portfolio Servicing, Inc. payment address for that portion you are sending to the trustee.) We do not accept payments in cash.

**APPLICATION OF PAYMENTS** If you are current in making your payments, we will apply payments according to your Note. If you are delinquent, we apply payments to the oldest outstanding payments that are due under your Note.

**LOAN REPRESENTATIVES** If you would like to speak to someone about making a payment or payment arrangements, please call one of our loan representatives at (800) 258-8602 (Monday - Thursday, 8 a.m. - 11 p.m. ET; Friday, 8 a.m. - 9 p.m., ET; Saturday, 8 a.m. - 2 p.m. ET).

**AUTOMATED CONVERSION OF YOUR CHECKS TO ACH DEBIT ENTRIES AND RETURNED CHECKS OR DEBITS** When you provide us a check, you authorize us to use the information from your check to make a one time Electronic Funds Transfer from your bank account. When we use your check to make an Electronic Funds Transfer, funds may be withdrawn from your account quickly, as soon as the day we receive your check. You will not receive your check back from your financial institution. If there are insufficient funds in your account we will reverse the amount of any such returned payment that we had credited to your mortgage. You authorize us to charge you a fee of up to twenty-five dollars ($25.00) as allowable by state law.

**CREDIT REPORTING** SPS furnishes information to consumer reporting agencies. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your Note and Mortgage. If you believe such information is inaccurate, you may call Customer Service at (800) 258-8602, submit a written Notice of Error to the P.O. Box listed above, or submit a dispute with the consumer reporting agency.

**NOTICE OF ERROR OR INFORMATION REQUEST OR QUALIFIED WRITTEN REQUEST** If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent to the address listed above in the Important mailing addresses section, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal Law.

**HUD APPROVED HOUSING COUNSELORS** The US Department of Housing and Urban Development (HUD) sponsors approved housing counseling agencies that provide free counseling services to citizens. Counselors can help you assess your financial situation and determine what options are available to you. To find a HUD approved counselor near you, call (800) 569-4287 or visit the HUD website at www.hud.gov/local/index.cfm    You may also be eligible for assistance from the Homeownership Preservation Foundation, which you may reach at (888) 995-HOPE (4673). SPS also works with housing counselors through Hope LoanPort® (www.hopeloanportal.org), and with customers through Homeowner Connect™ (www.homeownerconnect.org).

**SPECIAL REQUEST AND ADDITIONAL FEES**

| Check by Phone or Website (EZPay) | Up to $15.00 |
|---|---|
| Returned Check Fee | Up to $25.00 |
| Express Mail Fee | Actual Charge Incurred |

*This fee schedule does not contain all fees that may be charged for services rendered. The actual fee charged to a particular customer may be different based upon certain requirements under state law, agency guidelines (e.g., FHA, VA) or other relevant criteria.*

**LOAN PAYOFFS** Payoff information may be requested verbally by calling the Customer Service toll free number printed on this statement, by faxing your requests to (801) 269-4269 or by mailing your request to: P.O. Box 65250, Salt Lake City, UT 84165-0250. If you do not receive your payoff quote within 5 business days of placing your request, please call our Customer Service Department.

**HOME OWNER INSURANCE** You are required to maintain Homeowners Insurance (and if required, Flood Insurance), at all times during the term of your Mortgage and provide or ask your insurance agent each year to provide us copies of all renewal policies and invoices to the address shown below at least (30) days before the date your existing policy expires. It is important for you to remember that if we do not receive a copy of your renewal or replacement policy, SPS may obtain coverage to protect its interest in the property. The coverage provided for this insurance may be different and more expensive than your expired coverage. We will only do this after we have notified you of your failure to maintain coverage. It is possible we may obtain certain benefits from this insurance placement coverage.

All insurance information (including your account number) should be mailed or faxed to:
Insurance Service Center: PO Box 7277, Springfield, OH 45501 Fax (866) 601-8177.

**REAL ESTATE TAX** If you have established an escrow account with us for taxes, you should keep copies of any tax bills you receive for your personal records. We have engaged a Tax Service to receive your tax bills, and we will pay taxes out of your escrow account to the extent there are sufficient balances in your escrow account. If you receive any special assessment bills, you should send them to our Tax Service Center address shown below. Special bills include:
- An area defined as a "Homeowner Area" where your local tax office will not send us the tax bill
- Any special assessments on your property in addition to your regular Real-Estate tax bills
- Any adjustments to your tax bills

Tax Service Center: PO Box 3541, Covina, CA 91722

**SPS CONSUMER OMBUDSMAN SERVICES** If you have an unresolved issue with SPS, and you have exhausted other customer service options, please contact our Consumer Ombudsman Department at (866) 662-0035 or through other methods found on www.spservicing.com.

| COMMON ABBREVIATIONS | |
|---|---|
| INT | Interest |
| FC or F/C | Foreclosure |
| BK | Bankruptcy |
| BPO | Broker Price Opinion |
| MISC.DISB | Disbursement from escrow account for other than escrow item (E.g.:Analysis Refund, Payoff Refund) |

*This common abbreviations table does not contain all abbreviations that may appear in the "Activity this Period" section. For more information please refer to the Fee Schedule and Description document located at www.spservicing.com.*

---

HAS YOUR ADDRESS CHANGED? IF SO, PLEASE COMPLETE THIS FORM

Mailing Address _____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____

All Borrower's Signature Required For Address Change

_____         _____
Borrower's Signature                 Co-Borrower's Signature

**SPS** | SELECT Portfolio SERVICING, inc. | P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date: 02/15/2017
Page 3 of 3

Account Number ▓▓▓▓ 7126

### Important Messages

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of
(a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2016 year end statements will be mailed no later than February 1, 2017. Year end information will be available via our automated voice response system on January 2, 2017. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2017.

14570

**SPS** | **SELECT Portfolio SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 03/15/2017
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 04/01/2017 |
| Payment Due Date | 04/01/2017 |
| Amount Due | $1,985.17 |

*If payment is received after 04/16/2017, $30.15 late fee will be charged.*

Constance Daniels

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal¹ | $273,170.92 |
| Interest Rate (Until April 2017) | 5.875% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $929.77 |
| Escrow (Taxes and Insurance) | $1,055.40 |
| Regular Monthly Payment | $1,985.17 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$1,985.17** |

### Transaction Activity (02/16/2017 to 03/15/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total¹ |
|---|---|---|---|---|---|---|---|---|
| 02/16 | BEG BALANCE | $273,170.92 | $3,719.08 | $8,770.24 | $0.00 | ($3,689.31) | $0.00 | $278,970.93 |
| 02/16 | FLOOD INS | 0.00 | 0.00 | 246.09 | 0.00 | 0.00 | 0.00 | 246.09 |
| 02/23 | FLOOD INS | 0.00 | 0.00 | 246.09 | 0.00 | 0.00 | 0.00 | 246.09 |
| 02/28 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,229.77) | 0.00 | (1,229.77) |
| 03/01 | SHORT PAYMENT | 0.00 | (929.77) | (300.00) | 0.00 | 1,229.77 | 0.00 | 0.00 |
| 03/01 | SHORT PAYMENT | 0.00 | (929.77) | (300.00) | 0.00 | 1,229.77 | 0.00 | 0.00 |

Continued On Next Page

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $3,719.08 | $3,719.08 |
| Escrow (Taxes and Insurance) | $1,200.00 | $1,200.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $-3,689.31 | |
| Total | $1,229.77 | $4,919.08 |
| Total Unapplied Balance | $0.00 | |

### Important Messages

¹ This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

Per IRS regulations all 2016 year end statements will be mailed no later than February 1, 2017. Year end information will be available via our automated voice response system on January 2, 2017. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2017.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

### Amount Due

| Borrower Name(s) | Constance Daniels 3927 Dunaire Dr |
|---|---|
| Account Number | |
| Due By 04/01/2017: | $1,985.17 |

$30.15 late fee will be charged after 04/16/2017

Make checks payable to: Select Portfolio Servicing

| Monthly Payment | $ | |
|---|---|---|
| Additional Principal | $ | |
| Additional Escrow | $ | |
| Late Fees | $ | |
| Other (Please Specify) | $ | |
| | | |
| Total Amount Enclosed | $ | |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

## IMPORTANT INFORMATION

### Important Mailing Addresses (Please include your account number on all correspondence)

| Regular Payments | Overnight/Express Payments | Notice of Error or Information Request or Qualified Written Request | General Correspondence | Check by Phone | Bankruptcy Correspondence & Notices must be sent to: |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165 | Select Portfolio Servicing, Inc Attn: Cashiering Dept. 3217 S. Decker Lake Dr. Salt Lake City, UT 84119 | Select Portfolio Servicing, Inc. P.O. Box 65277 Salt Lake City, UT 84165 Fax: (801) 270-7856 | Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165 | (800) 258-8602 Option 1 | Select Portfolio Servicing, Inc. Attn: Bankruptcy Dept. P.O. Box 65250 Salt Lake City, UT 84165 |

**PAYMENT INSTRUCTIONS** Paying your mortgage on time is an important obligation, so please pay on or before the payment due date. Payments are not considered paid until received and posted to your account. Please include the late charge in any payment made after the late payment due date noted on your statement. Postal delays do not result in a waiver of late charges, so please allow adequate time for mail service. If you don't pay on or before 3 p.m. MT on the payment due date, your loan will be considered delinquent. (NOTE: If you are currently sending all or part of your payment to the bankruptcy trustee, please disregard the Select Portfolio Servicing, Inc. payment address for that portion you are sending to the trustee.) We do not accept payments in cash.

**APPLICATION OF PAYMENTS** If you are current in making your payments, we will apply payments according to your Note. If you are delinquent, we apply payments to the oldest outstanding payments that are due under your Note.

**LOAN REPRESENTATIVES** If you would like to speak to someone about making a payment or payment arrangements, please call one of our loan representatives at (800) 258-8602 (Monday - Thursday, 8 a.m. - 11 p.m. ET; Friday, 8 a.m. - 9 p.m., ET; Saturday, 8 a.m. - 2 p.m. ET).

**AUTOMATED CONVERSION OF YOUR CHECKS TO ACH DEBIT ENTRIES AND RETURNED CHECKS OR DEBITS** When you provide us a check, you authorize us to use the information from your check to make a one time Electronic Funds Transfer from your bank account. When we use your check to make an Electronic Funds Transfer, funds may be withdrawn from your account quickly, as soon as the day we receive your check. You will not receive your check back from your financial institution. If there are insufficient funds in your account we will reverse the amount of any such returned payment that we had credited to your mortgage. You authorize us to charge you a fee of up to twenty-five dollars ($25.00) as allowable by state law.

**CREDIT REPORTING** SPS furnishes information to consumer reporting agencies. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your Note and Mortgage. If you believe such information is inaccurate, you may call Customer Service at (800) 258-8602, submit a written Notice of Error to the P.O. Box listed above, or submit a dispute with the consumer reporting agency.

**NOTICE OF ERROR OR INFORMATION REQUEST OR QUALIFIED WRITTEN REQUEST** If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent to the address listed above in the Important mailing addresses section, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal Law.

**HUD APPROVED HOUSING COUNSELORS** The US Department of Housing and Urban Development (HUD) sponsors approved housing counseling agencies that provide free counseling services to citizens. Counselors can help you assess your financial situation and determine what options are available to you. To find a HUD approved counselor near you, call (800) 569-4287 or visit the HUD website at www.hud.gov/local/index.cfm   You may also be eligible for assistance from the Homeownership Preservation Foundation, which you may reach at (888) 995-HOPE (4673). SPS also works with housing counselors through Hope LoanPort® (www.hopeloanportal.org), and with customers through Homeowner Connect™ (www.homeownerconnect.org).

**SPECIAL REQUEST AND ADDITIONAL FEES**

| Check by Phone or Website (EZPay) | Up to $15.00 |
|---|---|
| Returned Check Fee | Up to $25.00 |
| Express Mail Fee | Actual Charge Incurred |

*This fee schedule does not contain all fees that may be charged for services rendered. The actual fee charged to a particular customer may be different based upon certain requirements under state law, agency guidelines (e.g., FHA, VA) or other relevant criteria.*

**LOAN PAYOFFS** Payoff information may be requested verbally by calling the Customer Service toll free number printed on this statement, by faxing your requests to (801) 269-4269 or by mailing your request to: P.O. Box 65250, Salt Lake City, UT 84165-0250. If you do not receive your payoff quote within 5 business days of placing your request, please call our Customer Service Department.

**HOME OWNER INSURANCE** You are required to maintain Homeowners Insurance (and if required, Flood Insurance), at all times during the term of your Mortgage and provide or ask your insurance agent each year to provide us copies of all renewal policies and invoices to the address shown below at least (30) days before the date your existing policy expires. It is important for you to remember that if we do not receive a copy of your renewal or replacement policy, SPS may obtain coverage to protect its interest in the property. The coverage provided for this insurance may be different and more expensive than your expired coverage. We will only do this after we have notified you of your failure to maintain coverage. It is possible we may obtain certain benefits from this insurance placement coverage.

All Insurance Information (including your account number) should be mailed or faxed to:
Insurance Service Center: PO Box 7277, Springfield, OH 45501 Fax (866) 801-8177.

**REAL ESTATE TAX** If you have established an escrow account with us for taxes, you should keep copies of any tax bills you receive for your personal records. We have engaged a Tax Service to receive your tax bills, and we will pay taxes out of your escrow account to the extent there are sufficient balances in your escrow account. If you receive any special assessment bills, you should send them to our Tax Service Center address shown below. Special bills include:
- An area defined as a "Homeowner Area" where your local tax office will not send us the tax bill
- Any special assessments on your property in addition to your regular Real-Estate tax bills
- Any adjustments to your tax bills

Tax Service Center: PO Box 3541, Covina, CA 91722

**SPS CONSUMER OMBUDSMAN SERVICES** If you have an unresolved issue with SPS, and you have exhausted other customer service options, please contact our Consumer Ombudsman Department at (866) 662-0035 or through other methods found on www.spservicing.com.

### COMMON ABBREVIATIONS

| INT | Interest |
|---|---|
| FC or F/C | Foreclosure |
| BK | Bankruptcy |
| BPO | Broker Price Opinion |
| MISC DISB | Disbursement from escrow account for other than escrow item (E.g.:Analysis Refund, Payoff Refund) |

*This common abbreviations table does not contain all abbreviations that may appear in the "Activity this Period" section. For more information please refer to the Fee Schedule and Description document located at www.spservicing.com.*

---

HAS YOUR ADDRESS CHANGED? IF SO, PLEASE COMPLETE THIS FORM

Mailing Address _____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____
All Borrower's Signature Required For Address Change

_____    _____
Borrower's Signature                Co-Borrower's Signature

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date: 03/15/2017
Page 3 of 3

Account Number ▮▮▮▮7126

### Transaction Activity continued from Page 1 (02/16/2017 to 03/15/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 03/01 | SHORT PAYMENT | 0.00 | (929.77) | (300.00) | 0.00 | 1,229.77 | 0.00 | 0.00 |
| 03/01 | SHORT PAYMENT | 0.00 | (929.77) | (300.00) | 0.00 | 1,229.77 | 0.00 | 0.00 |
| 03/15 | ENDING BALANCE | $273,170.92 | $0.00 | $6,062.42 | $0.00 | $0.00 | $0.00 | $279,233.34 |

36546

## SPS SELECT Portfolio SERVICING, Inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 04/13/2017
Page 1 of 2

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 05/01/2017 |
| Payment Due Date | 05/01/2017 |
| Amount Due | $2,176.18 |

*If payment is received after 05/16/2017, $30.15 late fee will be charged.*

Constance Daniels

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal¹ | $273,170.92 |
| Interest Rate (Until April 2018) | 6.250% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $989.12 |
| Escrow (Taxes and Insurance) | $1,187.06 |
| Regular Monthly Payment | $2,176.18 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$2,176.18** |

### Transaction Activity (03/18/2017 to 04/13/2017)

| Date Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total¹ |
|---|---|---|---|---|---|---|
| 03/18 BEG BALANCE | $273,170.92 | $929.77 | $6,062.42 | $0.00 | $0.00 | $280,163.11 |
| 03/28 FLOOD INS | 0.00 | 0.00 | 246.09 | 0.00 | 0.00 | 246.09 |
| 04/03 PAYMENT | 0.00 | (929.77) | (300.00) | 0.00 | 0.00 | (1,229.77) |
| 04/13 ENDING BALANCE | $273,170.92 | $0.00 | $6,008.51 | $0.00 | $0.00 | $279,179.43 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $929.77 | $4,648.85 |
| Escrow (Taxes and Insurance) | $300.00 | $1,500.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $1,229.77 | $6,148.85 |
| Total Unapplied Balance | $0.00 | |

### Important Messages

¹ This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

Per IRS regulations all 2016 year end statements will be mailed no later than February 1, 2017. Year end information will be available via our automated voice response system on January 2, 2017. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2017.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*
**MONTHLY PAYMENT COUPON**

### Amount Due

| Borrower Name(s) | Constance Daniels 3927 Dunaire Dr |
|---|---|
| Account Number | |
| Due By 05/01/2017: | $2,176.18 |
| $30.15 late fee will be charged after 05/16/2017 | |

Make checks payable to: Select Portfolio Servicing

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

**SPS | Select Portfolio SERVICING, Inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Mortgage Statement
Statement Date: 05/15/2017
Page 1 of 2

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday            8:00AM - 9:00PM ET
Saturday          8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 06/01/2017 |
| Payment Due Date | 06/01/2017 |
| Amount Due | $2,176.18 |

*If payment is received after 06/16/2017, $30.15 late fee will be charged.*

Constance Daniels  15650

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal [1] | $273,170.92 |
| Interest Rate (Until April 2018) | 6.250% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $989.12 |
| Escrow (Taxes and Insurance) | $1,187.06 |
| Regular Monthly Payment | $2,176.18 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$2,176.18** |

### Transaction Activity (04/14/2017 to 05/15/2017)

| Date Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---|---|---|---|---|
| 04/14 BEG BALANCE | $273,170.92 | $989.12 | $6,008.51 | $0.00 | $0.00 | $280,168.55 |
| 04/26 FLOOD INS | 0.00 | 0.00 | 246.09 | 0.00 | 0.00 | 246.09 |
| 05/01 PAYMENT | 0.00 | (989.12) | (240.65) | 0.00 | 0.00 | (1,229.77) |
| 05/15 ENDING BALANCE | $273,170.92 | $0.00 | $6,013.95 | $0.00 | $0.00 | $279,184.87 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $989.12 | $5,637.97 |
| Escrow (Taxes and Insurance) | $240.65 | $1,740.65 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $1,229.77 | $7,378.62 |
| Total Unapplied Balance | $0.00 | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

| Amount Due | |
|---|---|
| Borrower Name(s) | Constance Daniels 3927 Dunaire Dr |
| Account Number | |
| Due By 06/01/2017: | $2,176.18 |
| $30.15 late fee will be charged after 06/16/2017 | |

Make checks payable to: Select Portfolio Servicing

| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here ☐ and note changes on back

**SPS | SELECT Portfolio SERVICING, Inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 07/14/2017
Page 1 of 2

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday             8:00AM - 9:00PM ET
Saturday           8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 08/01/2017 |
| Payment Due Date | 08/01/2017 |
| Amount Due | $2,176.18 |

*If payment is received after 08/16/2017, $30.15 late fee will be charged.*

Constance Daniels                                  12931

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $989.12 |
| Escrow (Taxes and Insurance) | $1,187.06 |
| Regular Monthly Payment | $2,176.18 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$2,176.18** |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal [1] | $273,170.92 |
| Interest Rate (Until April 2018) | 6.250% |
| Prepayment Penalty | No |

### Transaction Activity (06/15/2017 to 07/14/2017)

| Date Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---|---|---|---|---|
| 06/15 BEG BALANCE | $273,170.92 | $989.12 | $6,019.16 | $0.00 | $0.00 | $280,179.20 |
| 06/27 FLOOD INS | 0.00 | 0.00 | 246.09 | 0.00 | 0.00 | 246.09 |
| 07/05 PAYMENT | 0.00 | (989.12) | (240.65) | 0.00 | 0.00 | (1,229.77) |
| 07/14 ENDING BALANCE | $273,170.92 | $0.00 | $6,024.60 | $0.00 | $0.00 | $279,195.52 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $989.12 | $7,616.21 |
| Escrow (Taxes and Insurance) | $240.65 | $2,222.18 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $1,229.77 | $9,838.39 |
| Total Unapplied Balance | $0.00 | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.
Any transactions that occurred after the statement date noted above will be reflected on your next statement.
This is an attempt to collect a debt. All information obtained will be used for that purpose.
The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.
Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.
YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

### Amount Due

| Borrower Name(s) | Constance Daniels |
|---|---|
| | 3927 Dunaire Dr |
| Account Number | |
| Due By 08/01/2017: | $2,176.18 |

*$30.15 late fee will be charged after 08/16/2017*

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ | |
|---|---|---|
| Additional Principal | $ | |
| Additional Escrow | $ | |
| Late Fees | $ | |
| Other (Please Specify) | $ | |
| **Total Amount Enclosed** | **$** | |

☐ Change of address or telephone? If so, check here and note changes on back

**SPS** SELECT Portfolio SERVICING, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 08/15/2017
Page 1 of 2

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 09/01/2017 |
| Payment Due Date | 09/01/2017 |
| Amount Due | $2,176.18 |

*If payment is received after 09/15/2017, $30.15 late fee will be charged.*

Constance Daniels

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal [1] | $273,170.92 |
| Interest Rate (Until April 2018) | 6.250% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $989.12 |
| Escrow (Taxes and Insurance) | $1,187.06 |
| **Regular Monthly Payment** | **$2,176.18** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$2,176.18** |

### Transaction Activity (07/15/2017 to 08/15/2017)

| Date Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---|---|---|---|---|
| 07/15 BEG BALANCE | $273,170.92 | $989.12 | $6,024.60 | $0.00 | $0.00 | $280,184.64 |
| 07/26 FLOOD INS | 0.00 | 0.00 | 246.09 | 0.00 | 0.00 | 246.09 |
| 07/31 PAYMENT | 0.00 | (989.12) | (240.65) | 0.00 | 0.00 | (1,229.77) |
| 08/15 ENDING BALANCE | $273,170.92 | $0.00 | $6,030.04 | $0.00 | $0.00 | $279,200.96 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $989.12 | $8,605.33 |
| Escrow (Taxes and Insurance) | $240.65 | $2,462.83 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$1,229.77** | **$11,068.16** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.
Any transactions that occurred after the statement date noted above will be reflected on your next statement.
This is an attempt to collect a debt. All information obtained will be used for that purpose.
The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of
(a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.
Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.
YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*
**MONTHLY PAYMENT COUPON**

| Amount Due | |
|---|---|
| Borrower Name(s) | Constance Daniels |
| | 3927 Dunaire Dr |
| Account Number | |
| Due By 09/01/2017: | $2,176.18 |
| $30.15 late fee will be charged after 09/15/2017 | |

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

**SPS | SELECT Portfolio SERVICING, Inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

| | |
|---|---|
| Customer Service: | (800) 258-8602 |
| Monday - Thursday | 8:00AM - 11:00PM ET |
| Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

*For other important information, see reverse side*

**Mortgage Statement**
Statement Date: 09/15/2017
Page 1 of 3

| Account Number | 7126 |
|---|---|
| Property Address | 3927 DUNAIRE DRIVE VALRICO FL 33594 |
| Loan Due Date | 10/01/2017 |
| Payment Due Date | 10/01/2017 |
| Amount Due | $2,176.18 |

*If payment is received after 10/16/2017, $30.15 late fee will be charged.*

Constance Daniels                4777

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $989.12 |
| Escrow (Taxes and Insurance) | $1,187.06 |
| **Regular Monthly Payment** | **$2,176.18** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$2,176.18** |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $189,911.00 |
| Deferred Principal | $83,259.92 |
| Outstanding Principal [1] | $273,170.92 |
| Interest Rate (Until April 2018) | 6.250% |
| Prepayment Penalty | No |

### Transaction Activity (08/16/2017 to 09/15/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 08/16 | BEG BALANCE | $273,170.92 | $989.12 | $2,030.94 | $0.00 | $0.00 | $0.00 | $239,190.06 |
| 08/28 | PAYMENT | 0.00 | (989.12) | (240.65) | 0.00 | 0.00 | 0.00 | (1,229.77) |
| 08/28 | FLOOD INS | 0.00 | 0.00 | 246.03 | 0.00 | 0.00 | 0.00 | 246.03 |
| 08/29 | PRINCIPAL PAYMENT | (1,229.77) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,229.77) |
| 09/30 | MIS-APP REVERSAL | 1,229.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.77 |
| 09/30 | MIS-APP REVERSAL | 0.00 | 0.00 | 0.00 | 0.00 | (1,229.77) | 0.00 | (1,229.77) |

Continued On Next Page

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $989.12 | $9,594.45 |
| Escrow (Taxes and Insurance) | $240.65 | $2,703.48 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$1,229.77** | **$12,297.93** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

### Amount Due

| | |
|---|---|
| Borrower Name(s) | Constance Daniels |
| | 3927 Dunaire Dr |
| Account Number | |
| Due By 10/01/2017: | $2,176.18 |
| $30.15 late fee will be charged after 10/16/2017 | |

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

**SPS** SELECT Portfolio SERVICING, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date: 09/15/2017
Page 3 of 3

Account Number ####7126

### Transaction Activity Continued from Page 1 (03/16/2017 to 09/15/2017)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 08/30 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.77 | 0.00 | 1,229.77 |
| 08/30 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.77 | 0.00 | 1,229.77 |
| 08/31 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (1,229.77) | 0.00 | (1,229.77) |
| 09/15 | ENDING BALANCE | $273,170.92 | $0.00 | $6,035.48 | $0.00 | $2.68 | $0.00 | $279,209.40 |

4777