# EXHIBIT H

# CASTLE LAW GROUP
Castle Law Group, P.A.

13143 66th Street North
Largo, Florida 33773
Telephone: (727) 536-8882
Facsimile: (727) 536-7739

October 2, 2017

Select Portfolio Servicing, Inc.  **Sent via Regular U.S. Mail**
P.O. Box 85250
Salt Lake City, UT 84165-0250

RE:  **Borrower:**          **Constance Daniels**
     **Account Number:**    ▮▮▮▮7126
     **Property Address:**  3927 Dunaire Drive, Valrico, FL 33596

To Whom It May Concern:

    This office represents Ms. Constance Daniels with regards to the above-mentioned property address. Please allow this letter to serve as a written request for a line-by-line breakdown of the deferred balance. Per the Loan Modification Agreement, it does not provide for a deferred balance. Therefore, please provide a line-by-line breakdown and your basis for charging the same.

    If you should have any questions, please feel free to contact our office.

Sincerely,
Castle Law Group, P.A.

Benjamin Hillard, Esquire

BH/tlg

cc: Client