**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CONSTANCE DANIELS,**

**Plaintiff,**

**v.**                                                    **Case No. 8:18-cv-01652-JSM-CPT**

**SELECT PORTFOLIO
SERVICING,**

**Defendant.**

_____/

## NOTICE OF PENDING RESOLUTION

**COMES NOW**, Plaintiff, **CONSTANCE DANIELS** ("Ms. Daniels" or

"Plaintiff"), by and through the undersigned counsel, and hereby submits this Notice

of Pending Resolution pursuant to Local Rule 3.09 (a) with respect to Claims against

Defendant,  **SELECT PORTFOLIO SERVICING**, and state that Plaintiff and

Defendant(s) have reached resolution with regard to the instant case and are

presently drafting, finalizing, and executing the settlement and dismissal documents.

Upon finalization of the same, the parties will immediately file the appropriate

dismissal documents with the Court.

Respectfully submitted this **May 10, 2023:**

> */s/ Kaelyn Diamond*
> Kaelyn Diamond, Esq.
> Florida Bar No. 125132
> kaelyn@attorneydebtfighters.com
> service@attorneydebtfighters.com
> Ziegler Diamond Law: Debt Fighters
> 2561 Nursery Road, Suite A
> Clearwater, FL 33764
> (p)  (727) 538-4188
> (f)  (727) 362-4778
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **10** day of **May, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Kaelyn Diamond*
> Kaelyn Diamond, Esq.
> Florida Bar No. 125132